THE AETNA CASUALTY AND SURETY COMPANY *v.* UNITED BANK AND TRUST COMPANY, ADMINISTRATOR (ESTATE OF LOUIS TOFFOLON)

The motion by the plaintiff to dismiss the appeal of Norman R. Toffolon from the Superior Court in Hartford County is denied.

The motion by the defendant to dismiss the appeal of Norman R. Toffolon from the Superior Court in Hartford County is denied.

*Elmer W. Beasley,* for the appellee (plaintiff).

*James V. Joy, Jr.,* for the appellant (Norman R. Toffolon).

Argued December 5—decided December 5, 1967

CAROL C. SMITH *v.* GILBERT W. SMITH

The motion by the defendant for review of an order of the Superior Court denying his motion to correct the record in the appeal from the Superior Court in Fairfield County at Stamford is denied since the record discloses that the trial court has granted a motion by the defendant to open that order and to hear his motion to correct the record.

*Morgan P. Ames,* in support of the motion.

Submitted November 24—decided December 7, 1967